MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTEN BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email: kristen.brook@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>JARED TRENT ATKINS,<br><br>Defendant. | CR-20-00344-001-PHX-JJT<br>WI-20-0232 PHX-JJT (DMF)<br><br>**INFORMATION**<br><br>VIO:<br>18 U.S.C. § 2332a(a)(2)(D)<br>(Attempt to Use a Weapon of Mass Destruction)<br>Count 1 |

**Count 1**

On or about April 28, 2019, in Phoenix, Arizona, in the District of Arizona, and elsewhere, defendant JARED TRENT ATKINS, acting without lawful authority, did knowingly attempt to use a weapon of mass destruction, specifically, three industrial radiological devices designed to release radiation at a level dangerous to human life, against persons and property within the United States, and the offense, or the results of the offense would have affected interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2332a(a)(2)(D).

MICHAEL BAILEY
United States Attorney
District of Arizona

**KRISTEN BROOK** Digitally signed by KRISTEN BROOK
Date: 2020.05.01 13:46:38 -07'00'

KRISTEN BROOK
Assistant United States Attorney