This court order has been fully executed by the United States Marshals Service on 3/16/21
U.S. Marshal
By: [signature]

FILED ☑ LODGED ☐
RECEIVED ☐ COPY ☐
MAY 01 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ___Km___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| United States of America | |
|---|---|
| v. | WI-20-232-PHX-JJT (DMF) |
| Jared Trent Atkins | CR-20-00344-PHX-JJT |

#35987 608

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant U.S. Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ad prosequendum and avers:

FILED ☑ LODGED ☐
RECEIVED ☐ COPY ☐
MAR 31 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___SMM___ DEPUTY

1. Jared Trent Atkins, T546490
2. Detained by Maricopa County Sheriff's Office. Lower Buckeye Jail
3. Detainee is to be charged in this district by Information
4. Appearance is necessary on May 12, 2020 at 3:00 PM

   ☐ before the Federal Grand Jury at the U.S. Courthouse for the district

   ☒ in Courtroom Number 304 (DMF) for IA & SH: regarding change of plea proceedings.

Counsel for Jared Trent Atkins, Gregory Bartolomei, has been notified of his client's above-referenced appearance and does not object.

It is also petitioned that the Court inform all parties to the Writ that third party custody of said detainee may be granted to other federal law enforcement officer(s) in order to transport said detainee to the U.S. Attorney's Office for purposes of witness preparation, debriefing and/or plea negotiation and that counsel for said detainee will be notified of such request prior to any court order being issued.

Date: _____

**KRISTEN BROOK** Digitally signed by KRISTEN BROOK
Date: 2020.04.30 16:16:34 -07'00'

Kristen Brook, Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The instant application is granted and the above-named custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned Maricopa County Sheriff's Office unless otherwise ordered by the Court. All parties of this Writ are notified that third party custody of said detainee may be granted as referenced above and that detainee's counsel will be notified prior to any such court order being issued.

Date: April 30, 2020            [signature]

Honorable Deborah M. Fine, United States Magistrate Judge

RCVD MAY 1 2020
US MARSHALS SERVICE AZ